UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| | : | |
| JAMES AGEE, Jr., | : | Count One: |
| | : | 18 U.S.C. § 2073, § 2 |
| Defendant. | : | (False Entries and Reports of Moneys) |

## INFORMATION

The United States of America charges that:

### Count One

At all times material to this Information:

1.       The defendant, JAMES AGEE, Jr., was employed as a Special Agent of the Drug

Enforcement Administration ("DEA"), a department and agency of the United States

headquartered in Arlington, Virginia.  Between approximately May 25, 1997 and November 3,

2002, the defendant served as the Country Attache in the Bridgetown, Barbados Country Office

of DEA's Caribbean Field Division.

2.       As the Country Attache, the defendant enlisted local police officers from

Caribbean law enforcement agencies to participate in DEA-funded drug enforcement operations

in the Caribbean Field Division.  The defendant was charged with the duty to disburse these

moneys to each of the participating agencies and to maintain, and cause to be maintained, true

and accurate accounts and records of any disbursements he, or other DEA officials working for

him, made to local law enforcement officers.

3.      Before each operation began, the defendant submitted preliminary paperwork to the Field Division's Fiscal Unit, requesting approval for the disbursement of funds. Upon approval, the defendant would receive from DEA a lump sum cash payment representing the total amount of operational funds to be disbursed. In turn, DEA sought reimbursement for its cash payment to the defendant by assigning an appropriation number to the defendant's request and forwarding it to the United States Department of the Treasury, headquartered in Washington, D.C. Ultimately, the Treasury Department would replenish DEA's operational account in the amount requested.

4.      Thereafter, for each disbursement, the defendant, or a subordinate DEA official working for him, was required to have the payee sign a receipt -- "Standard Form 1165/Receipt for Cash" -- on which the payee would sign to acknowledge having received a specific dollar amount. At the conclusion of each operation, the defendant was charged with reviewing and approving "Standard Form 1164/Claim for Reimbursement for Expenditures on Official Business," which was an account and report of all funds so disbursed.   The defendant, or his subordinate, would then attach all supporting Forms 1165 to the Form 1164 before the Form 1164 was submitted to the DEA Caribbean Field Division's Fiscal Unit, to provide an accurate account and record of the true recipient and the amount of each disbursement.

<u>The Defendant's False Entries and Reports of Moneys</u>

5.      From in or about October 22, 2000, through in or about September 16, 2002, in the District of Columbia and elsewhere, the defendant, JAMES AGEE, Jr., while working as an employee of the executive branch of the United States Government and being charged with the duty of keeping accounts and records of moneys disbursed on behalf of the United States, did

knowingly, and with the intent to deceive and mislead, make false and fictitious entries and reports of such moneys in such accounts and records he maintained and caused to be maintained relating to and connected to his duties.  That is, on or about the below-described dates, while working as the Country Attache in the Bridgetown, Barbados Country Office of the Caribbean Field Division of the DEA, and being charged with administrative and record-keeping duties for the below-described DEA operations, Defendant Agee submitted to the Fiscal Unit of the DEA's Caribbean Field Division, or caused to be submitted, the below-specified Forms 1165 which contained signatures of the local police officers and/or signatures of subordinate DEA officials which the defendant forged, and which contained higher amounts than what was, in fact, disbursed to the listed recipient:

| Operation | Fabricated Form 1165 | Purported Disbursement |
|---|---|---|
| Libertador | 10/22/00 | $5,000 |
| Libertador | 10/23/00 | $7,000 |
| Libertador | 10/27/00 | $6,000 |
| Libertador | 10/28/00 | $5,000 |
| Libertador | 10/28/00 | $4,000 |
| Hurricane I | 9/17/01 | $7,000 |
| Hurricane I | 9/20/01 | $7,000 |
| Hurricane I | 9/20/01 | $5,500 |
| Hurricane I | 9/20/01 | $5,000 |
| Hurricane II | 9/10/02 | $7,000 |
| Hurricane II | 9/11/02 | $5,000 |

| Hurricane II | 9/11/02 | $5,500 |
| Hurricane II | 9/12/02 | $5,500 |
| Hurricane II | 9/12/02 | $5,500 |
| Hurricane II | 9/16/02 | $5,500 |

(In felony violation of Title18, United States Code, Sections 2073 and 2.)

FOR THE UNITED STATES

NOEL L. HILLMAN
Chief, Public Integrity Section

BY: *nanashia Tidwell*

KARTIK K. RAMAN
NATASHIA TIDWELL
Trial Attorneys
Public Integrity Section
Criminal Division
United States Department of Justice
Washington, D.C.

Filed this 19th day of September, 2005.

-4-