UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-351 |
| | ) | (ESH) |
| JAMES AGEE, Jr., | ) | |
|     Defendant | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Judith L. Wheat is appearing for the defendant, James Agee, Jr., in the entitled action as retained counsel. I am a member in good standing of the Bar of this Court.

Respectfully submitted,

_____/s/_____
Judith L. Wheat (D.C. Bar 431411)
Judith L. Wheat, Esq.
1050 17th Street, N.W.
Suite 600
Washington, D.C. 20036
202-496-4963 (phone)
202-466-3226 (facsimile)

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance was sent electronically this 4th Day of October 2005 to:

Natashia Tidwell
Trial Attorney
Public Integrity Section
U.S. Department of Justice
Bond Building, 12th Floor
1400 New York Avenue, N.W.
Washington, DC 20530

_____
Judith L. Wheat