UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
:
v. : Criminal Number: 05-351 *ESH*
:
:
JAMES AGEE, Jr., :
:
Defendant. :

## AMENDMENT TO PLEA AGREEMENT

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure and Paragraph 19 of the Plea Agreement entered into by the parties on September 16, 2005 ("Plea Agreement"), the United States of America and the defendant, JAMES AGEE, Jr., agree that Paragraph 4 of the Plea Agreement is hereby stricken in its entirety and replaced by the following:

4.   The defendant understands the nature of the offense to which he is pleading guilty, and the elements thereof, including the penalties provided by law. The maximum penalty for the offense of False Entries and Reports of Moneys or Securities, 18 U.S.C. § 2073, is 10 years imprisonment, a $250,000 fine, and a $100 mandatory special assessment. The defendant understands that the Court may impose a term of supervised release to follow any incarceration, in accordance with 18 U.S.C. § 3583, and that, in this case, the authorized term of supervised release is not more than 3 years. The defendant also understands that because the offense to which he is pleading guilty falls within the mandatory restitution provisions of 18 U.S.C. § 3663A, the Court must impose restitution. The defendant agrees to make restitution to the United States, as directed by the Probation Department in this matter, for all losses resulting from the offense of conviction or from the scheme or pattern of criminal activity underlying this offense in the amount of $10,001. Lastly, the defendant understands

that, if applicable, the Court may impose the costs of incarceration and the costs of supervision.

EXECUTED on this 27TH day of October, 2005.

FOR THE DEFENDANT

FOR THE UNITED STATES

NOEL L. HILLMAN
Chief, Public Integrity Section
Criminal Division
United States Department of Justice

BY: *[signature]*
JAMES AGEE, Jr.
Defendant

BY: *[signature]*
KARTIK K. RAMAN
NATASHIA TIDWELL
Trial Attorneys
Public Integrity Section

BY: *[signature]*
JUDITH L. WHEAT, Esq.
Attorney for the defendant

2