AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**DISTRICT OF** _____

FILED
OCT 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

James Agee Jr.

WAIVER OF INDICTMENT

CASE NUMBER: 05-351 (ESH)

I, _James Agee Jr._____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  __10/12/05__  prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __E S Huvelle__
         10/27/05
         Judicial Officer