CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 27 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA        )
                                )
                                )
            vs.                 )    Criminal No. 05-351 (ESH)
                                )
  James Agee, Jr.               )
                                )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
       Defendant

_____
  Counsel for defendant

I consent:

_____
   United States Attorney

Approved:

_____
         Judge
   10/27/05