FROM

(TUE) 12. 27' 05  11:2◯◯T. 11:20/NO. 4861219231  P  2

HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0351</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Agee, James | : | Disclosure Date: <u>December 13, 2005</u> |

JAN 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## <u>RECEIPT AND ACKNOWLEDGMENT OF</u><br><u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)

(✓)    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_harsshia Colwell_                                      _December 27, 2005_

**Prosecuting Attorney**                                                    **Date**

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

(  )    There are no material/factual inaccuracies therein.

(  )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____          _____          _____
**Defendant**                                   **Date**                      **Defense Counsel**                          **Date**

## <u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 27, 2005**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
         United States Probation Officer