| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:05CR00351-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 08-595 (PGS) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Agee Jr. | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Judge Ellen Segal Huvelle | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/18/2006 — TO 01/17/2010 |

| OFFENSE |
|---|
| False Entries and Reports of Moneys |

FILED
AUG 29 2008
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/28/08
_____
Date

*Ellen S Huvelle*
_____
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/25/08
_____
Effective Date

*Peter M...*
_____
United States District Judge

Certified as a true copy on
This Date: 8/27/08
By: _Rodriguez_
( ) Clerk
(✓) Deputy